No. 89–12. RICHARDSON ET AL. v. RICHARDSON-MERRELL, INC. C. A. D. C. Cir. Motions of Association of Birth Defect Children and Association of Trial Lawyers of America for leave to file briefs as *amici curiae* granted. Certiorari denied.

No. 89–31. FRIENDS OF WARWICK POND AND HOXSIE, ALSO WARWICK LAND TRUST, ET AL. v. CHILDREN'S FRIEND & SERVICE, INC., ET AL. Sup. Ct. R. I. Motion of respondents for award of costs and fees denied. Certiorari denied.

No. 89–38. GUARDIAN PLANS, INC., ET AL. v. TEAGUE ET AL. C. A. 4th Cir. Motion of American Cemetery Association et al. for leave to file a brief as *amici curiae* granted. Certiorari denied.

No. 89–112. GOLDSTEIN v. STATE BAR OF CALIFORNIA. Sup. Ct. Cal. Motion of Association of Bar Defense Counsel for leave to file a brief as *amicus curiae* granted. Certiorari denied.